# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: November 27, 2013

Mr. P-J Cotter
6243 Church Road
Fair Haven, MI 48023

Re:  Case No. 13-2603, *P-J Cotter v. GMAC Mortgage, LLC*
Originating Case No. : 2:12-cv-15382

Dear Mr. Cotter,

   This appeal has been docketed as case number **13-2603** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.

   The Clerk's office will send you additional information as soon as the Court has finished its customary screening to determine if it has jurisdiction to proceed.

Sincerely yours,

s/Louise Schwarber
Case Manager
Direct Dial No. 513-564-7015

cc:  Ms. Nasseem Sara Ramin
     Mr. Thomas M. Schehr

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 13-2603

P-J COTTER

       Plaintiff - Appellant

v.

GMAC MORTGAGE, LLC

       Defendant - Appellee