CASE NO. 13-2603

**IN THE
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

PJ Cotter

*Plaintiff-Appellant,*

vs.

GMAC MORTGAGE, LLC

*Defendant-Appellee*

On Appeal from the United States District Court
for the Eastern District of Michigan, Southern Division
District Court Case No. 2:12-CV-15382
Hon. Nancy G. Edmunds

**DEFENDANT-APPELLEE'S MOTION TO
DISMISS APPEAL FOR LACK OF JURISDICTION**

**CERTIFICATE OF SERVICE**

Thomas M. Schehr (P54391)
Nasseem S. Ramin (P73513)
Attorneys for Defendant-Appellee
400 Renaissance Center, 37th Floor
Detroit, MI 48243
(313) 568-6800/ Fax (313) 568-6893

## **TABLE OF CONTENTS**

TABLE OF AUTHORITIES ................................................................................... ii

I.  PRELIMINARY STATEMENT ................................................................... 1

II. STATEMENT OF FACTS/PROCEDURAL HISTORY ............................... 2

III. PLAINTIFF'S APPEAL WAS UNTIMELY ................................................. 3

CONCLUSION AND RELIEF REQUESTED ........................................................ 4

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•400 RENAISSANCE CENTER•DETROIT, MICHIGAN 48243

# TABLE OF AUTHORITIES

**Page(s)**

**CASES**

*Catlin v. U.S.*,
  324 U.S. 229 (1945) ................................................................................................3

*Peake v. First Nat'l Bank & Trust*,
  717 F.2d 1016 (6th Cir. 1983) ................................................................................3

**RULES**

Fed. R. App. P. 4 ................................................................................................1, 3, 4

Fed. R. App. P. 26(a)(1) ................................................................................................4

Fed. R. App. P. 27 ................................................................................................1

**STATUTES**

28 U.S.C. §1291 ................................................................................................3

**I.   PRELIMINARY STATEMENT**

Defendant-Appellee GMAC Mortgage, LLC ("GMAC") moves pursuant to Fed. R. App. P. 27 to dismiss this appeal by Plaintiff-Appellant PJ Cotter ("Plaintiff") for lack of jurisdiction.

This Court lacks jurisdiction over Plaintiff's appeal because Plaintiff's notice of appeal was untimely.  Plaintiff did not file his notice of appeal until November 21, 2013, more than 100 days after the District Court entered judgment in GMAC's favor, on August 2, 2013.  *See* Fed. R. App. P. 4(a)(1)(A).

Accordingly, this Court lacks jurisdiction to hear Plaintiff's appeal, as it was untimely, and the appeal should be dismissed.

1

## II.    STATEMENT OF FACTS/PROCEDURAL HISTORY

This is a dispute over a residential mortgage loan. GMAC filed a Motion to Dismiss ("the Motion to Dismiss") in December 2012. (RE 2, Motion to Dismiss, Pg ID # 126-148). On August 2, 2013, the District Court granted GMAC's Motion to Dismiss and entered a judgment in GMAC's favor. (RE 19, Order, Pg ID # 414); (RE 20, Judgment, Pg ID # 415).

On August 7, 2013, Plaintiff filed a motion for reconsideration of the District Court's Order. (RE 21, Objection to Order, Pg ID # 416-431). On August 12, 2013, the District Court denied Plaintiff's motion for reconsideration. (RE 22, Order Denying Plaintiff's Motion for Reconsideration, Doc ID # 431-432). Plaintiff did not file his Notice of Appeal until November 21, 2013.

## III.    PLAINTIFF'S APPEAL WAS UNTIMELY

This Court has limited jurisdiction.  28 U.S.C. § 1291 provides:

> The courts of appeals (other than the United States Court of Appeals for the Federal Circuit) shall have jurisdiction of appeals from all final decisions of the district courts of the United States, the United States District Court for the District of the Canal Zone, the District Court of Guam, and the District Court of the Virgin Islands, except where a direct review may be had in the Supreme Court. The jurisdiction of the United States Court of Appeals for the Federal Circuit shall be limited to the jurisdiction described in sections 1292(c) and (d) and 1295 of this title.

A "final decision" generally is "one which ends the litigation on the merits and leaves nothing for the court to do but execute the judgment." *Catlin v. U.S.*, 324 U.S. 229, 233; 65 S.Ct. 631 (1945).  Pursuant to Fed. R. App. P. 4(a)(1), in actions involving an appeal as of right from a district court to a court of appeals, "the notice of appeal . . . shall be filed with the clerk of the district court within 30 days after the date of the entry of the judgment or order appealed from."  A party's compliance with the time strictures of Rule 4(a)(1)(A) is "mandatory and jurisdictional." *Peake v. First Nat'l Bank & Trust*, 717 F.2d 1016, 1018 (6th Cir. 1983).

Here, the District Court entered judgment in favor of GMAC on August 2, 2013, and denied Plaintiff's Motion for Reconsideration on August 12, 2013.  Plaintiff's time to appeal as of right expired thirty days later, on September 11,

3

2013. Fed. R. App. P. 4(a)(1)(A); Fed. R. App. P. 26(a)(1). Plaintiff's Notice of Appeal, filed on November 21, 2013, was therefore untimely.

Because Plaintiff filed his Notice of Appeal more than 30 days after the District Court's final decision, it is untimely and this Court, therefore, lacks jurisdiction over this appeal.

## CONCLUSION AND RELIEF REQUESTED

For the foregoing reasons, GMAC respectfully requests that this Court dismiss Plaintiff's appeal for lack of jurisdiction.

Respectfully submitted,

DYKEMA GOSSETT PLLC

/s/ Nasseem S. Ramin
   Thomas M. Schehr (P54391)
   Nasseem S. Ramin (P73513)
   Attorneys for Defendant-Appellee
   400 Renaissance Center, 37th Floor
   Detroit, MI 48243
   (313) 568-6800/ Fax (313) 568-6893

## CERTIFICATE OF SERVICE

I, Nasseem S. Ramin, certify that on December 6, 2013, pursuant to 6 Cir. R. 25, caused the foregoing to be filed electronically through the ECF System, and mailed a copy via the United States Post Office, First Class Mail, to:

PJ Cotter
6243 Church Road
Fair Haven, MI 48023

           Respectfully submitted,

           DYKEMA GOSSETT PLLC

           /s/ Nasseem S. Ramin
              Thomas M. Schehr (P54391)
              Nasseem S. Ramin (P73513)
              Attorneys for Defendant-Appellee
              400 Renaissance Center, 37th Floor
              Detroit, MI 48243
              (313) 568-6800/ Fax (313) 568-6893

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•400 RENAISSANCE CENTER•DETROIT, MICHIGAN 48243

## DESIGNATION OF RELEVANT DISTRICT COURT DOCUMENTS

The following District Court documents are relevant to this Motion:

| Date | Record Entry No. | Description of Entry |
|---|---|---|
| August 2, 2013 | 19 | Order Granting GMAC's Motion to Dismiss |
| August 2, 2013 | 20 | Judgment |
| August 7, 2013 | 21 | Plaintiff's Motion for Reconsideration |
| August 12, 2013 | 22 | Order Denying Plaintiff's Motion for Reconsideration |
| November 21, 2013 | 26 | Plaintiff's Notice of Appeal |