RECEIVED                    CASE NO. 13-2603

DEC 3 0 2013                        **IN THE**
                        **UNITED STATES COURT OF APPEALS**
DEBORAH S. HUNT, Clerk          **FOR THE SIXTH CIRCUIT**

PJ Cotter
*Plaintiff-Appellant,*
vs.
GMAC MORTGAGE, LLC
*Defendant-Appellee*
On Appeal from the United States District Court
for the Eastern District of Michigan, Southern Division
District Court Case No. 2:12-CV-15382
Hon. Nancy G. Edmunds

PLAINTIFF – APPELLANT VERIFIED OBJECTION TO DEFENDANT-
APPELLEE'S MOTION TO DISMISS APPEAL FOR LACK OF
JURISDICTION.

Now comes P J Cotter, Plaintiff - Appellant, and hereby gives notice to
the Court that the Plaintiff - Appellant objects to DEFENDANT-
APPELLEE'S MOTION TO DISMISS APPEAL FOR LACK OF
JURISDICTION.

The objection is presented as the:

1) DEFENDANT-APPELLEE'S operating in noncompliance in United
States Court of Appeals for the Sixth Circuit, Disclosure of Corporate
Affiliations and Financial Interest Pursuant to 6th Cir. R. 26.1.

2) DEFENDANT-APPELLEE'S ongoing noncompliance with Federal Rules Of Civil Procedure and Local Rules in all actions in the US District Court Eastern District of Michigan (Detroit) in **CIVIL DOCKET FOR CASE #: 2:12-cv-15382-NGE-LJM.** (Exhibit 1 Declaration of Facts)

WHEREFORE, for good cause, shown, the facts, and admissible evidence in the record, Plaintiff - Appellant moves the Honorable Court to grant the objection as shown above.

See: **Plaintiff – Appellant Declaration of Facts attached hereto (8 pages).**

Executed this 20th  day of December  2013, at Saint Clair County, Michigan.


P-J:Cotter

CERTIFICATE OF SERVICE

I P J Cotter certify that on this 20th day of December 2013  a copy of the foregoing documents filed in the  United States Court of Appeals for the Sixth Circuit were served upon the following parties via U.S.P.S. first class mail

Thomas M. Schehr (P54391)
Nasseem S. Ramen (P73513)
*Attorneys for Defendant*
Dykema Gossett PLLC
400 Renaissance Center, 37th floor
Detroit, MI 48243
313-568-5326

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of December 2013, at Saint Clair County, Michigan.

P-J:Cotter

DECLARATION OF FACTS

IN SUPPORT OF OBJECTION OF PLAINTIFF – APPELLANT VERIFIED OBJECTION TO DEFENDANT-APPELLEE'S MOTION TO DISMISS APPEAL FOR LACK OF JURISDICTION, CASE NO. 13-2603, IN THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT

BY

AFFIDAVIT OF

P-J:Cotter,

| | |
|---|---|
| Michigan | ) |
| | ) Jurat |
| Macomb County | ) |

P-J:Cotter, THE natural man, herein "Affiant", is of lawful age, and competent to testify, having firsthand knowledge of the following facts, does state under penalty of perjury, Affiant has personal firsthand knowledge of the following facts, and the within statements are true, correct, complete, and not misleading, to the best of Affiant's knowledge, except as to those things stated upon information and belief, and as to those things Affiant believes to be true, and if called to testify, will testify to the same, and states:

1) Affiant affirms that Thomas M. Schehr (P54391), AKA, DBA DYKEMA GOSSETT PLLC is and remains in non compliance with Disclosure of Corporate Affiliations and Financial Interest Pursuant to 6th Cir. R. 26.1, in THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT CASE NO. 13-2603.

2) Affiant affirms that Nasseem S. Ramin (P73513), AKA, DBA DYKEMA GOSSETT PLLC is and remains in non compliance with Disclosure of Corporate Affiliations and Financial Interest Pursuant to 6th Cir. R. 26.1, in THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT CASE NO. 13-2603.

DECLARATION OF FACTS IN SUPPORT OF OBJECTION OF PLAINTIFF – APPELLANT VERIFIED OBJECTION TO DEFENDANT-APPELLEE'S MOTION TO DISMISS APPEAL FOR LACK OF JURISDICTION, CASE NO. 13-2603, IN THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT BY AFFIDAVIT OF P-J:Cotter

Page 1 of 8

3) Affiant affirms that Thomas M. Schehr (P54391), AKA, DBA DYKEMA GOSSETT PLLC is and remains in non compliance with all rules governing the actions in THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT CASE NO. 13-2603.

4) Affiant affirms that Nasseem S. Ramin (P73513), AKA, DBA DYKEMA GOSSETT PLLC is and remains in non compliance with all rules governing the actions in THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT CASE NO. 13-2603.

5) Affiant affirms that Nasseem S. Ramin (P73513), AKA, DBA DYKEMA GOSSETT PLLC is and remains in non compliance with the rules, having never filed a Notice of Appearance pursuant to Federal Rules Civil Procedure with all actions in US District Court Eastern District of Michigan (Detroit) CIVIL DOCKET FOR CASE #: 2:12-cv-15382-NGE-LJM. (Exhibit 1)

6) Affiant affirms that Nasseem S. Ramin (P73513), AKA, DBA DYKEMA GOSSETT PLLC is and remains in non compliance with all rules, having never filed a Attorney's Appearance Pursuant to E. D. Mich. Local Rules 83.25, with all actions in US District Court Eastern District of Michigan (Detroit) CIVIL DOCKET FOR CASE #: 2:12-cv-15382-NGE-LJM. (Exhibit 1)

7) Affiant affirms that Thomas M. Schehr (P54391), AKA, DBA DYKEMA GOSSETT PLLC is and remains in non compliance with all rules, having never filed a Federal Rules Civil Procedure Rule 7.1 Disclosure Statement, with all actions in US District Court Eastern District of Michigan (Detroit) CIVIL DOCKET FOR CASE #: 2:12-cv-15382-NGE-LJM. (Exhibit 1)

8) Affiant affirms that Nasseem S. Ramin (P73513), AKA, DBA DYKEMA GOSSETT PLLC is and remains in non compliance, having never filed a Federal Rules Civil Procedure Rule 7.1 Disclosure Statement, with all actions in US District Court Eastern District of Michigan (Detroit) CIVIL DOCKET FOR CASE #: 2:12-cv-15382-NGE-LJM. (Exhibit 1)

9) Affiant affirms that Thomas M. Schehr (P54391), AKA, DBA DYKEMA GOSSETT PLLC is and remains in non compliance, having never filed a STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST Pursuant to E. D. Mich. Local Rules 83.4, with all actions

DECLARATION OF FACTS IN SUPPORT OF OBJECTION OF PLAINTIFF - APPELLANT VERIFIED OBJECTION TO DEFENDANT-APPELLEE'S MOTION TO DISMISS APPEAL FOR LACK OF JURISDICTION, CASE NO. 13-2603, IN THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT BY AFFIDAVIT OF P-J:Cotter

Page 2 of 8

in US District Court Eastern District of Michigan (Detroit) CIVIL DOCKET FOR CASE #: 2:12-cv-15382-NGE-LJM. (Exhibit 1)

10) Affiant affirms that Nasseem S. Ramin (P73513), AKA, DBA DYKEMA GOSSETT PLLC is and remains in non compliance, having never filed a STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST Pursuant to E. D. Mich. Local Rules 83.4, with all actions in US District Court Eastern District of Michigan (Detroit) CIVIL DOCKET FOR CASE #: 2:12-cv-15382-NGE-LJM. (Exhibit 1)

11) Affiant affirms that Thomas M. Schehr (P54391), AKA, DBA DYKEMA GOSSETT PLLC is and remains in non compliance, with Federal Rules Civil Procedure Rule 11 in filing Docket Entry # 1 (Exhibit 1), in US District Court Eastern District of Michigan (Detroit) CIVIL DOCKET FOR CASE #: 2:12-cv-15382-NGE-LJM. (Exhibit 1)

12) Affiant affirms that Nasseem S. Ramin (P73513), AKA, DBA DYKEMA GOSSETT PLLC is and remains in non compliance, with Federal Rules Civil Procedure Rule 11 in filing Docket Entry # 1 (Exhibit 1), in US District Court Eastern District of Michigan (Detroit) CIVIL DOCKET FOR CASE #: 2:12-cv-15382-NGE-LJM. (Exhibit 1)

13) Affiant affirms that Thomas M. Schehr (P54391), AKA, DBA DYKEMA GOSSETT PLLC is and remains in non compliance, with Federal Rules Civil Procedure Rule 11 in filing Docket Entry # 2 (Exhibit 1), in US District Court Eastern District of Michigan (Detroit) CIVIL DOCKET FOR CASE #: 2:12-cv-15382-NGE-LJM. (Exhibit 1)

14) Affiant affirms that Nasseem S. Ramin (P73513), AKA, DBA DYKEMA GOSSETT PLLC is and remains in non compliance, with Federal Rules Civil Procedure Rule 11 in filing Docket Entry #2 (Exhibit 1), in US District Court Eastern District of Michigan (Detroit) CIVIL DOCKET FOR CASE #: 2:12-cv-15382-NGE-LJM. (Exhibit 1)

15) Affiant affirms that Thomas M. Schehr (P54391), AKA, DBA DYKEMA GOSSETT PLLC is and remains in non compliance, with Federal Rules Civil Procedure Rule 11 in filing Docket Entry # 2 (Exhibit 1)

DECLARATION OF FACTS IN SUPPORT OF OBJECTION OF PLAINTIFF - APPELLANT VERIFIED OBJECTION TO DEFENDANT-APPELLEE'S MOTION TO DISMISS APPEAL FOR LACK OF JURISDICTION, CASE NO. 13-2603, IN THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT BY AFFIDAVIT OF P-J:Cotter

Page 3 of 8

forged and counterfeit documents, in US District Court Eastern District of Michigan (Detroit) CIVIL DOCKET FOR CASE #: 2:12-cv-15382-NGE-LJM. (Exhibit 1)

16) Affiant affirms that Nasseem S. Ramin (P73513), AKA, DBA DYKEMA GOSSETT PLLC is and remains in non compliance, with Federal Rules Civil Procedure Rule 11 in filing Docket Entry # 2 (Exhibit 1) forged and counterfeit documents , in US District Court Eastern District of Michigan (Detroit) CIVIL DOCKET FOR CASE #: 2:12-cv-15382-NGE-LJM. (Exhibit 1)

17) Affiant affirms that Docket Entry # 3 (Exhibit 1) is in non- compliance with Federal Rules Civil Procedure as Defendant had no legal standing in US District Court Eastern District of Michigan (Detroit) CIVIL DOCKET FOR CASE #: 2:12-cv-15382-NGE-LJM. (Exhibit 1)

18) Affiant affirms that Docket Entry # 5 (Exhibit 1) is in non- compliance with Federal Rules Civil Procedure as Defendant had no legal standing in US District Court Eastern District of Michigan (Detroit) CIVIL DOCKET FOR CASE #: 2:12-cv-15382-NGE-LJM. (Exhibit 1)

19) Affiant affirms that Thomas M. Schehr (P54391), AKA, DBA DYKEMA GOSSETT PLLC is and remains in non compliance, with Federal Rules Civil Procedure Rule 11 in filing Docket Entry # 6 (Exhibit 1), in US District Court Eastern District of Michigan (Detroit) CIVIL DOCKET FOR CASE #: 2:12-cv-15382-NGE-LJM. (Exhibit 1)

20) Affiant affirms that Thomas M. Schehr (P54391), AKA, DBA DYKEMA GOSSETT PLLC is and remains in non compliance, with Federal Rules Civil Procedure Rule 11 in filing Docket Entry # 8 (Exhibit 1), in US District Court Eastern District of Michigan (Detroit) CIVIL DOCKET FOR CASE #: 2:12-cv-15382-NGE-LJM. (Exhibit 1)

21) Affiant affirms that Nasseem S. Ramin (P73513), AKA, DBA DYKEMA GOSSETT PLLC is and remains in non compliance, with Federal Rules Civil Procedure Rule 11 in filing Docket Entry # 8 (Exhibit 1), in US District Court Eastern District of Michigan (Detroit) CIVIL DOCKET FOR CASE #: 2:12-cv-15382-NGE-LJM. (Exhibit 1)

DECLARATION OF FACTS IN SUPPORT OF OBJECTION OF PLAINTIFF - APPELLANT VERIFIED OBJECTION TO DEFENDANT-APPELLEE'S MOTION TO DISMISS APPEAL FOR LACK OF JURISDICTION, CASE NO. 13-2603, IN THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT BY AFFIDAVIT OF P-J:Cotter

22) Affiant affirms that Thomas M. Schehr (P54391), AKA, DBA DYKEMA GOSSETT PLLC is and remains in non compliance, with Federal Rules Civil Procedure Rule 11 in filing Docket Entry # 10 (Exhibit 1), in US District Court Eastern District of Michigan (Detroit) CIVIL DOCKET FOR CASE #: 2:12-cv-15382-NGE-LJM. (Exhibit 1)

23) Affiant affirms that Nasseem S. Ramin (P73513), AKA, DBA DYKEMA GOSSETT PLLC is and remains in non compliance, with Federal Rules Civil Procedure Rule 11 in filing Docket Entry # 10 (Exhibit 1), in US District Court Eastern District of Michigan (Detroit) CIVIL DOCKET FOR CASE #: 2:12-cv-15382-NGE-LJM. (Exhibit 1)

24) Affiant affirms that Docket Entry # 11 (Exhibit 1), signed by LAURIE J. MICHELSON, UNITED STATES MAGISTRATE JUDGE, is in non- compliance with Federal Rules Civil Procedure as Defendant had no legal standing in US District Court Eastern District of Michigan (Detroit) CIVIL DOCKET FOR CASE #: 2:12-cv-15382-NGE-LJM. (Exhibit 1)

25) Affiant affirms that Thomas M. Schehr (P54391), AKA, DBA DYKEMA GOSSETT PLLC is and remains in non compliance, with Federal Rules Civil Procedure Rule 11 in filing Docket Entry # 14 (Exhibit 1), in US District Court Eastern District of Michigan (Detroit) CIVIL DOCKET FOR CASE #: 2:12-cv-15382-NGE-LJM. (Exhibit 1)

26) Affiant affirms that Nasseem S. Ramin (P73513), AKA, DBA DYKEMA GOSSETT PLLC is and remains in non compliance, with Federal Rules Civil Procedure Rule 11 in filing Docket Entry # 14 (Exhibit 1), in US District Court Eastern District of Michigan (Detroit) CIVIL DOCKET FOR CASE #: 2:12-cv-15382-NGE-LJM. (Exhibit 1)

27) Affiant affirms that Docket Entry # 19 (Exhibit 1), signed by Nancy G. Edmunds, United States District Judge, is in non- compliance with Federal Rules Civil Procedure as Defendant had no legal standing in US District Court Eastern District of Michigan (Detroit) CIVIL DOCKET FOR CASE #: 2:12-cv-15382-NGE-LJM. (Exhibit 1)

DECLARATION OF FACTS IN SUPPORT OF OBJECTION OF PLAINTIFF - APPELLANT VERIFIED OBJECTION TO DEFENDANT-APPELLEE'S MOTION TO DISMISS APPEAL FOR LACK OF JURISDICTION, CASE NO. 13-2603, IN THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT BY AFFIDAVIT OF P-J:Cotter

28) Affiant affirms that Docket Entry # 20, signed by Nancy G. Edmunds, United States District Judge, (Exhibit 1) is in non- compliance with Federal Rules Civil Procedure as Defendant had no legal standing in US District Court Eastern District of Michigan (Detroit) CIVIL DOCKET FOR CASE #: 2:12-cv-15382-NGE-LJM. (Exhibit 1)

29) Affiant affirms that Docket Entry # 22, signed by Nancy G. Edmunds, United States District Judge, (Exhibit 1) is in non- compliance with Federal Rules Civil Procedure as Defendant had no legal standing in US District Court Eastern District of Michigan (Detroit) CIVIL DOCKET FOR CASE #: 2:12-cv-15382-NGE-LJM. (Exhibit 1)

30) Affiant affirms that Docket Entry # 25, signed by Nancy G. Edmunds, United States District Judge, (Exhibit 1) is in non- compliance with Federal Rules Civil Procedure as Defendant had no legal standing in US District Court Eastern District of Michigan (Detroit) CIVIL DOCKET FOR CASE #: 2:12-cv-15382-NGE-LJM. (Exhibit 1)

31) Affiant affirms that Thomas M. Schehr (P54391), AKA, DBA DYKEMA GOSSETT PLLC is and remains in non compliance, with Federal Rules Civil Procedure Rule 11 in filing all entries in US District Court Eastern District of Michigan (Detroit) CIVIL DOCKET FOR CASE #: 2:12-cv-15382-NGE-LJM. (Exhibit 1)

32) Affiant affirms that Nasseem S. Ramin (P73513), AKA, DBA DYKEMA GOSSETT PLLC is and remains in non compliance, with Federal Rules Civil Procedure Rule 11 in filing all entries in US District Court Eastern District of Michigan (Detroit) CIVIL DOCKET FOR CASE #: 2:12-cv-15382-NGE-LJM. (Exhibit 1)

33) Affiant affirms that Thomas M. Schehr (P54391), AKA, DBA DYKEMA GOSSETT PLLC with knowledge and forethought knowing that GMAC MORTGAGE, LLC was in **UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK** Case No. 12-12020 (MG) (Exhibit 2) and had no legal authority to begin any type of foreclosure action on a nonexistent contract and using counterfeit and forged documents to establish the foreclosure action is and remains in non

DECLARATION OF FACTS IN SUPPORT OF OBJECTION OF PLAINTIFF - APPELLANT VERIFIED OBJECTION TO DEFENDANT-APPELLEE'S MOTION TO DISMISS APPEAL FOR LACK OF JURISDICTION, CASE NO. 13-2603, IN THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT BY AFFIDAVIT OF P-J:Cotter

Page 6 of 8

compliance, with FRCP Rule 11 and others in filing all entries in US District Court Eastern District of Michigan (Detroit) CIVIL DOCKET FOR CASE #: 2:12-cv-15382-NGE-LJM. (Exhibit 1)

34) Affiant affirms that Nasseem S. Ramin (P73513), AKA, DBA DYKEMA GOSSETT PLLC with knowledge and forethought knowing that GMAC MORTGAGE, LLC was in **UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK** Case No. 12-12020 (MG). (Exhibit 2) and had no legal authority to begin any type of foreclosure action on a nonexistent contract and using counterfeit and forged documents to establish the foreclosure action is and remains in non compliance, with FRCP Rule 11 and others in filing all entries in US District Court Eastern District of Michigan (Detroit) CIVIL DOCKET FOR CASE #: 2:12-cv-15382-NGE-LJM. (Exhibit 1)

35) Affiant affirms that Judge Nancy G. Edmonds, has a clearly stated conflict of interest with the Defendant law firm as is confirmed in her Biography located at

http://www.mied.uscourts.gov/Judges/guidelines/topic.cfm?topic_id=141

Resulting in her ongoing noncompliance in regard to this matter with the clear continual noncompliance of all the DEFENDANT – APPELLEE'S actions Docket # 12 (Exhibit 1) in regard to Thomas M. Schehr (P54391), AKA, DBA DYKEMA GOSSETT PLLC and Nasseem S. Ramin (P73513), AKA, DBA DYKEMA GOSSETT PLLC continued non compliance with all action and filings in US District Court Eastern District of Michigan (Detroit) CIVIL DOCKET FOR CASE #: 2:12-cv-15382-NGE-LJM. (Exhibit 1)

36) .Affiant affirms the original defendant law firm, ORLANS ASSOCIATES, P.C., and Defendant-Appellees, Thomas M. Schehr (P54391), AKA, DBA DYKEMA GOSSETT PLLC and Nasseem S. Ramin (P73513), AKA, DBA DYKEMA GOSSETT PLLC are and remain in noncompliance with Michigan Court rules as Original defendant law firm, ORLANS ASSOCIATES, P.C., and Defendant-Appellees, Thomas M. Schehr (P54391), AKA, DBA DYKEMA GOSSETT PLLC and Nasseem S. Ramin (P73513), AKA, DBA DYKEMA GOSSETT PLLC never answered complaint filed in St. Clair County and never placed an notice of appearance (CHAPTER 2. CIVIL PROCEDURE MICHIGAN COURT RULES OF 1985

DECLARATION OF FACTS IN SUPPORT OF OBJECTION OF PLAINTIFF – APPELLANT VERIFIED OBJECTION TO DEFENDANT-APPELLEE'S MOTION TO DISMISS APPEAL FOR LACK OF JURISDICTION, CASE NO. 13-2603, IN THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT BY AFFIDAVIT OF P-J:Cotter

Page 7 of 8

Subchapter 2.000 General Provisions Rule 2.117 Appearances ) or disclosure statement in the state court before moving the case to US District Court Eastern District of Michigan (Detroit). CIVIL DOCKET FOR CASE #: 2:12-cv-15382-NGE-LJM (Exhibit 1)

I hereby affirm that I prepared and have read this Affidavit of DECLARATION OF FACTS and that I believe the foregoing statement in this Affidavit of DECLARATION OF FACTS to be true and factual. I hereby further affirm that the basis of these beliefs is my own direct knowledge of the events described herein.

Further the Affiant sayeth naught.

December 20th, 2013

By: _P-J: Cotter_

P-J:Cotter

Without Prejudice U.D. UCC1-308

Authorized Agent for

P J COTTER

| | | |
|---|---|---|
| Michigan state | ) | |
| | ) | JURAT |
| Macomb county | ) | |

Subscribed and sworn to before me, a Notary Public, this 20th day of December, 2013, upon satisfactory evidence to the identity of the affiant subscribed and sworn above.

_____
NOTARY PUBLIC

Print _Sheldon Robinette_

Date _12/20/2013_

My Commission expires: _July 15_, 201_9_

Seal

> SHELDON ROBINETTE
> Notary Public - Michigan
> Macomb County
> My Commission Expires Jul 15, 2019
> Acting in the County of _Macomb_

DECLARATION OF FACTS IN SUPPORT OF OBJECTION OF PLAINTIFF – APPELLANT VERIFIED OBJECTION TO DEFENDANT-APPELLEE'S MOTION TO DISMISS APPEAL FOR LACK OF JURISDICTION, CASE NO. 13-2603, IN THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT BY AFFIDAVIT OF P-J:Cotter

# U.S. District Court
## Eastern District of Michigan (Detroit)
## CIVIL DOCKET FOR CASE #: 2:12-cv-15382-NGE-LJM

Cotter v. GMAC Mortgage, LLC
Assigned to: District Judge Nancy G. Edmunds
Referred to: Magistrate Judge Laurie J. Michelson
Case in other court: St. Clair County Circuit Court, 12-002946-CH
Cause: 28:1331(a) Fed. Question: Real Property

Date Filed: 12/07/2012
Date Terminated: 08/02/2013
Jury Demand: None
Nature of Suit: 220 Real Property:
Foreclosure
Jurisdiction: Federal Question

**Plaintiff**

**PJ Cotter**                                represented by    **PJ Cotter**
6243 Church Road
Fair Haven, MI 48023
810-459-6972
PRO SE

V.

**Defendant**

**GMAC Mortgage, LLC**                       represented by    **Thomas M. Schehr**
Dykema Gossett
400 Renaissance Center
Detroit, MI 48243
313-568-6800
Fax: 313-568-6659
Email: tschehr@dykema.com
*ATTORNEY TO BE NOTICED*

**Nasseem S. Ramin**
Dykema Gossett
400 Renaissance Center
Detroit, MI 48243
313-568-6800
Fax: 313-568-6893
Email: nramin@dykema.com
*ATTORNEY TO BE NOTICED*

DECLARATION OF FACTS IN SUPPORT OF OBJECTION OF PLAINTIFF - APPELLANT VERIFIED
OBJECTION TO DEFENDANT-APPELLEE'S MOTION TO DISMISS APPEAL FOR LACK OF JURISDICTION,
CASE NO. 13-2603, IN THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT BY
AFFIDAVIT OF P-J:Cotter. **EXHIBIT 1** CIVIL DOCKET FOR CASE #: 2:12-cv-15382-NGE-LJM

| Date Filed | # | Docket Text |
|---|---|---|
| 12/07/2012 | 1 | NOTICE OF REMOVAL by GMAC Mortgage, LLC from St. Clair County Circuit Court, case number 2012-002946-CH. Receipt No: 0645-3846386 - Fee: $ 350 [Previously dismissed case: No] [Possible companion case(s): None] (Ramin, Nasseem) (Entered: 12/07/2012) |
| 12/10/2012 | | A United States Magistrate Judge of this Court is available to conduct all proceedings in this civil action in accordance with 28 U.S.C. 636c and FRCP 73. The Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form is available for download at http://www.mied.uscourts.gov (PMil) (Entered: 12/10/2012) |
| 12/14/2012 | 2 | MOTION to Dismiss by GMAC Mortgage, LLC. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A - Mortgage, # 3 Exhibit B - September 2006 Correspondence from GMAC, # 4 Exhibit C - GMAC QWR Responses, # 5 Exhibit D - Affidavits of Publication and Posting, # 6 Exhibit E - Unpublished Cases) (Ramin, Nasseem) (Entered: 12/14/2012) |
| 12/17/2012 | 3 | ORDER Referring All Pretrial Matters to Magistrate Judge Laurie J. Michelson re 2 Motion to Dismiss,. Signed by District Judge Nancy G. Edmunds. (CHem) (Entered: 12/17/2012) |
| 12/17/2012 | | TEXT-ONLY CERTIFICATE OF SERVICE re 3 Order Referring Pretrial Matters to Magistrate Judge on PJ Cotter, 6243 Church Road, Fair Haven MI 48023 (CHem) (Entered: 12/17/2012) |
| 12/21/2012 | 4 | JUDICIAL NOTICE filed by PJ Cotter (KKra) (Entered: 12/21/2012) |
| 12/27/2012 | 5 | Notice of Determination of Motion Without Oral Argument re 2 MOTION to Dismiss : Response due by 1/25/2013 and Reply due by 2/8/2013 (JJoh) (Entered: 12/27/2012) |
| 12/27/2012 | | TEXT-ONLY CERTIFICATE OF SERVICE re 5 Notice of Determination of Motion Without Oral Argument on PJ Cotter at 6243 Church Road, Fair Haven, MI 48023. (JJoh) (Entered: 12/27/2012) |
| 12/27/2012 | 6 | NOTICE of Appearance by Thomas M. Schehr on behalf of GMAC Mortgage, LLC. (Schehr, Thomas) (Entered: 12/27/2012) |
| 01/28/2013 | | RE-SET Deadlines as to 2 MOTION to Dismiss :Plaintiff's Response due by 1/30/2013 and Defendant's Reply due by 2/11/2013 - Entered by Magistrate Judge Laurie J. Michelson. (JJoh) (Entered: 01/28/2013) |
| 01/28/2013 | | TEXT-ONLY CERTIFICATE OF SERVICE re Set Motion and R&R |

DECLARATION OF FACTS IN SUPPORT OF OBJECTION OF PLAINTIFF - APPELLANT VERIFIED OBJECTION TO DEFENDANT-APPELLEE'S MOTION TO DISMISS APPEAL FOR LACK OF JURISDICTION, CASE NO. 13-2603, IN THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT BY AFFIDAVIT OF P-J:Cotter. EXHIBIT 1 CIVIL DOCKET FOR CASE #: 2:12-cv-15382-NGE-LJM

Page 2 of 5

| | | Deadlines/Hearings, on PJ Cotter at 6243 Church Road, Fair Haven, MI 48023. (JJoh) (Entered: 01/28/2013) |
|---|---|---|
| 01/28/2013 | 7 | Verified MOTION to deny 2 Unverified MOTION to Dismiss by PJ Cotter. (DWor) (Entered: 01/29/2013) |
| 02/11/2013 | 8 | REPLY to Response re 2 MOTION to Dismiss filed by GMAC Mortgage, LLC. (Attachments: # 1 Exhibit A - Glazer v. Chase Home Finance, LLC) (Ramin, Nasseem) (Entered: 02/11/2013) |
| 02/15/2013 | 9 | MOTION for Judgment for Failure of Defendant to Answer Discovery by PJ Cotter. (KKra) (Entered: 02/15/2013) |
| 03/07/2013 | 10 | RESPONSE to 9 MOTION for Judgment for Failure of Defendant to Answer Discovery filed by GMAC Mortgage, LLC. (Ramin, Nasseem) (Entered: 03/07/2013) |
| 06/17/2013 | 11 | REPORT AND RECOMMENDATION to Grant 2 MOTION to Dismiss filed by GMAC Mortgage, LLC - Signed by Magistrate Judge Laurie J. Michelson. (JJoh)[REPORT AND RECOMMENDATION RE: 2 MOTION TO DISMISS AND 9 MOTION FOR JUDGMENT] Modified on 6/20/2013 (DPer). (Entered: 06/17/2013) |
| 06/17/2013 | | TEXT-ONLY CERTIFICATE OF SERVICE re 11 REPORT AND RECOMMENDATION re 2 MOTION to Dismiss filed by GMAC Mortgage, LLC on PJ Cotter at 6243 Church Road, Fair Haven, MI 48023. (JJoh) (Entered: 06/17/2013) |
| 07/01/2013 | 12 | OBJECTION to 11 Report and Recommendation by PJ Cotter. (DTyl) (Entered: 07/02/2013) |
| 07/03/2013 | 13 | MOTION for Extension of Time to File Reply to Report and Recommendation to Grant Defendant's Motion to Dismiss by PJ Cotter. (KKra) (Entered: 07/03/2013) |
| 07/15/2013 | 14 | RESPONSE to 12 Objection to Report and Recommendation by GMAC Mortgage, LLC. (Ramin, Nasseem) (Entered: 07/15/2013) |
| 07/17/2013 | 15 | ORDER Granting in Part Plaintiff's 13 MOTION for Extension of Time to File Reply to 11 REPORT AND RECOMMENDATION re 2 MOTION to Dismiss ( **Reply due by 7/29/2013.**) Signed by District Judge Nancy G. Edmunds. (Monda, H) (Entered: 07/17/2013) |
| 07/17/2013 | | TEXT-ONLY CERTIFICATE OF SERVICE re 15 Order, Terminate Motions, Set Motion and R&R Deadlines/Hearings,,, on PJ Cotter at 6243 Church Road, Fair Haven, MI 48023. (Monda, H) (Entered: 07/17/2013) |

DECLARATION OF FACTS IN SUPPORT OF OBJECTION OF PLAINTIFF - APPELLANT VERIFIED OBJECTION TO DEFENDANT-APPELLEE'S MOTION TO DISMISS APPEAL FOR LACK OF JURISDICTION, CASE NO. 13-2603, IN THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT BY AFFIDAVIT OF P-J:Cotter. **EXHIBIT 1** CIVIL DOCKET FOR CASE #: 2:12-cv-15382-NGE-LJM

Page 3 of 5

| 08/01/2013 | 18 | ORDER to Strike 16 Amended Complaint filed by PJ Cotter, and 17 Summons Issued. Signed by Magistrate Judge Laurie J. Michelson. (JJoh) (Entered: 08/01/2013) |
|---|---|---|
| 08/01/2013 | | TEXT-ONLY CERTIFICATE OF SERVICE re 18 Order to Strike on PJ Cotter at 6243 Church Road, Fair Haven, MI 48023. (JJoh) (Entered: 08/01/2013) |
| 08/02/2013 | 19 | ORDER Accepting and Adopting Magistrate Judge's 11 Report and Recommendation re 2 Motion to Dismiss. Signed by District Judge Nancy G. Edmunds. (Monda, H) (Entered: 08/02/2013) |
| 08/02/2013 | 20 | JUDGMENT. Signed by District Judge Nancy G. Edmunds. (Monda, H) (Entered: 08/02/2013) |
| 08/02/2013 | | TEXT-ONLY CERTIFICATE OF SERVICE re 19 Order Adopting Report and Recommendation, 20 Judgment on PJ Cotter at 6243 Church Road, Fair Haven, MI 48023. (Monda, H) (Entered: 08/02/2013) |
| 08/07/2013 | 21 | OBJECTION to 19 Order Adopting Report and Recommendation by PJ Cotter. (KKra) (Entered: 08/07/2013) |
| 08/12/2013 | 22 | ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION re 21 Objection filed by PJ Cotter. Signed by District Judge Nancy G. Edmunds. (Ciesla, C) (Entered: 08/12/2013) |
| 08/13/2013 | | TEXT-ONLY CERTIFICATE OF SERVICE re 22 Order on PJ Cotter, 6243 Church Road, Fair Haven, MI 48023-1215. (JCur) (Entered: 08/13/2013) |
| 08/19/2013 | 23 | VERIFIED MOTION to Stay Any and All Further Orders Decrees or Judgments by PJ Cotter. (KKra) (Entered: 08/19/2013) |
| 08/19/2013 | 24 | NOTICE of Voluntary Dismissal by PJ Cotter (KKra) (Entered: 08/19/2013) |
| 10/24/2013 | 25 | ORDER DENYING as Moot Plaintiff's 23 Verified Motion to Stay Any And All Further Orders Decrees or Judgments. Signed by District Judge Nancy G. Edmunds. (JCur) (Entered: 10/24/2013) |
| 10/24/2013 | | TEXT-ONLY CERTIFICATE OF SERVICE re 25 Order on Motion - Free on PJ Cotter, 6243 Church Road, Fair Haven, MI 48023. (JCur) (Entered: 10/24/2013) |
| 11/21/2013 | 26 | NOTICE OF APPEAL by PJ Cotter re 25 Order on Motion - Free. Receipt No: DET061867 - Fee: $ 455 - Fee Status: Fee Paid. (PMil) (Entered: |

DECLARATION OF FACTS IN SUPPORT OF OBJECTION OF PLAINTIFF - APPELLANT VERIFIED OBJECTION TO DEFENDANT-APPELLEE'S MOTION TO DISMISS APPEAL FOR LACK OF JURISDICTION, CASE NO. 13-2603, IN THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT BY AFFIDAVIT OF P-J:Cotter. **EXHIBIT 1** CIVIL DOCKET FOR CASE #: 2:12-cv-15382-NGE-LJM

| | | 11/21/2013) |
|---|---|---|
| 11/21/2013 | 27 | Certificate of Service re 26 Notice of Appeal. (PMil) (Entered: 11/21/2013) |

DECLARATION OF FACTS IN SUPPORT OF OBJECTION OF PLAINTIFF - APPELLANT VERIFIED
OBJECTION TO DEFENDANT-APPELLEE'S MOTION TO DISMISS APPEAL FOR LACK OF JURISDICTION,
CASE NO. 13-2603, IN THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT BY
AFFIDAVIT OF P-J:Cotter. **EXHIBIT 1** CIVIL DOCKET FOR CASE #: 2:12-cv-15382-NGE-LJM

2:12-cv-12329-AJT-MJH Doc # 3 Filed 06/22/12 Pg 1 of 3 Pg ID 74

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BILLY BYRD and MICHELLE ZAKENS-BYRD,

    Plaintiffs,

v.

GMAC MORTGAGE, LLC, FMF CAPITAL, LLC, and U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RASC 2005KS11,

    Defendants.

Case No.: 12-cv-12329

Honorable: Arthur J. Tarnow

| | |
|---|---|
| Brian P. Parker (P48617)<br>Charles N. DeGryse (P72390)<br>Attorneys for Plaintiffs<br>LAW OFFICES OF BRIAN P. PARKER, P.C.<br>30600 Telegraph Rd., Ste. 1350<br>Bingham Farms, MI 48025<br>Tel: (248) 642-6268<br>Fax: (248) 642-8875<br>brianparker@collectionstopper.com | Thomas M. Schehr (P54391)<br>Matthew Mitchell (P69810)<br>Attorneys for GMAC Mortgage, LLC and U.S. Bank National Association As Trustee For RASC 2005KS11<br>DYKEMA GOSSETT PLLC<br>39577 Woodward Avenue, Suite 300<br>Bloomfield Hills, Michigan 48304<br>Tel: (248) 203-0542<br>Fax: (248) 203-0763<br>mmitchell@dykema.com |

## NOTICE OF BANKRUPTCY

## AND EFFECT OF AUTOMATIC STAY

    Defendant and debtor, GMAC Mortgage, LLC ("Debtor" or "GMACM"), by and through undersigned counsel, in accordance and consistent with section 362(a) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), respectfully submits this Notice of Bankruptcy and Effect of Automatic Stay, and states as follows:

    On May 14, 2012 (the "Petition Date"), the Debtor and certain of its affiliates filed voluntary petitions (the "Petitions") under Chapter 11 of Title 11 of the Bankruptcy Code in the

DECLARATION OF FACTS IN SUPPORT OF OBJECTION OF PLAINTIFF - APPELLANT VERIFIED OBJECTION TO DEFENDANT-APPELLEE'S MOTION TO DISMISS APPEAL FOR LACK OF JURISDICTION, CASE NO. 13-2603, IN THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT BY AFFIDAVIT OF P-J:Cotter **EXHIBIT 2** NOTICE OF BANKRUPTCY ase NO. 12-cv-12329

2:12-cv-12329-AJT-MJH   Doc # 3   Filed 06/22/12   Pg 2 of 3   Pg ID 75

United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004-1408 (the "Bankruptcy Code"). The Debtors' cases are jointly administered under the Chapter 11 Case for the Debtor Residential Capital, LLC, et al., is indexed as case number 12-12020. GMACM's Petition is attached hereto as Exhibit A.

The "automatic stay" is codified in section 362 of the Bankruptcy Code. Section 362(a), *inter alia*, operates as an automatic stay of: (i) the commencement or continuation of a "judicial, administrative, or other action or proceeding" against the Debtor (11 U.S.C. § 362(a)(1)); (ii) acts to "obtain possession of property" of the Debtor's estate (11 U.S.C. § 362(a)(3)); and (iii) acts to "collect, assess, or recover a claim" against the Debtor arising prior to the Petition Date (11 U.S.C. § 362(a)(6)).

The above-captioned action constitutes a "judicial, administrative, or other action or proceeding" against the Debtor, an act to obtain possession of the Debtor's property, and/or an act to collect or recover on a claim against the Debtor.

Accordingly, the above-captioned lawsuit should be stayed as to Debtor pursuant to 11 U.S.C. § 362(a).

Any action taken by the Plaintiffs against the Debtor without obtaining relief from the automatic stay from the Bankruptcy Court may be void *ab initio* and may result in a finding of contempt against Plaintiff by the Bankruptcy Court. The Debtor reserves and retains all of its statutory rights to seek relief in Bankruptcy Court from any action, judgment, order, or ruling entered in violation of the Automatic Stay.

DECLARATION OF FACTS IN SUPPORT OF OBJECTION OF PLAINTIFF - APPELLANT VERIFIED OBJECTION TO DEFENDANT-APPELLEE'S MOTION TO DISMISS APPEAL FOR LACK OF JURISDICTION, CASE NO. 13-2603, IN THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT BY AFFIDAVIT OF P-J:Cotter **EXHIBIT 2** NOTICE OF BANKRUPTCY ase NO. 12-cv-12329

2:12-cv-12329-AJT-MJH   Doc # 3   Filed 06/22/12   Pg 3 of 3   Pg ID 76

Respectfully submitted,

DYKEMA GOSSETT PLLC


By: /s/ Matthew Mitchell
Thomas M. Schehr (P54391)
Matthew Mitchell (P69810)
Attorneys for GMAC Mortgage, LLC and
U.S. Bank National Association As Trustee
For RASC 2005KS11
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
Telephone: (248) 203-0542
Fax: (248) 203-0763
mmitchell@dykema.com

Date: June 22, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to Brian P. Parker (P48617).

/s/Matthew Mitchell
Dykema Gossett PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304-5086
(248) 203-0542
E-mail: mmitchell@dykema.com
P69810

DECLARATION OF FACTS IN SUPPORT OF OBJECTION OF PLAINTIFF - APPELLANT VERIFIED OBJECTION TO DEFENDANT-APPELLEE'S MOTION TO DISMISS APPEAL FOR LACK OF JURISDICTION, CASE NO. 13-2603, IN THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT BY AFFIDAVIT OF P-J:Cotter EXHIBIT 2 NOTICE OF BANKRUPTCY ase NO. 12-cv-12329

CASE NO. 13-2603

**IN THE
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

PJ Cotter
*Plaintiff-Appellant,*
vs.
GMAC MORTGAGE, LLC
*Defendant-Appellee*
On Appeal from the United States District Court
for the Eastern District of Michigan, Southern Division
District Court Case No. 2:12-CV-15382
Hon. Nancy G. Edmunds

PLAINTIFF – APPELLANT VERIFIED OBJECTION TO DEFENDANT-APPELLEE'S MOTION TO DISMISS APPEAL FOR LACK OF JURISDICTION.

**ORDER**

This request is for PLAINTIFF – APPELLANT Cotter's OBJECTION FOR PLAINTIFF – APPELLANT VERIFIED OBJECTION TO DEFENDANT-APPELLEE'S MOTION TO DISMISS APPEAL FOR LACK OF JURISDICTION.

1) PLAINTIFF – APPELLANT Order is granted, PLAINTIFF – APPELLANT VERIFIED OBJECTION TO DEFENDANT-APPELLEE'S MOTION TO DISMISS APPEAL FOR LACK OF JURISDICTION.

2) The Court dismisses all actions of the DEFENDANT-APPELLEE'S in this case

**WITH PREJUDICE.**

DONE AND ORDERED this ___ day of _____ 2013.

_____
Hon. Judge

Copies to:   Thomas M. Schehr (P54391)
             Nasseem S. Ramen (P73513)
             Dykema Gossett PLLC
             400 Renaissance Center, 37th floor
             Detroit, MI 48243



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14 © U.S. Postal Service; July 2013; All rights reserved.

UNITED STATES POSTAL SERVICE

Protect What You Mail (logo)



# PRIORITY
# ★ MAIL ★

- DATE OF DELIVERY SPECIFIED*
- USPS TRACKING™ INCLUDED*
- $ INSURANCE INCLUDED*
- PICKUP AVAILABLE
  * Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

FROM: 62245 CHURCH ROAD
FAIR HAVEN, MI 48023

TO: OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS FOR SIXTH CIRCUIT
540 POTTER STEWART U.S. COURTHOUSE
100 E. FIFTH STREET
CINCINNATI, OHIO 45202-3988

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

EP14 July 2013
OD: 11.625 x 15.125



UNITED STATES POSTAL SERVICE

USPS TRACKING #

9114 9011 2308 6635 0341 34

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

Recycle (logo) Please

PS00000000000013