**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 28, 2014

Mr. P-J Cotter
6243 Church Road
Fair Haven, MI 48023

Ms. Nasseem Sara Ramin
Dykema Gossett
400 Renaissance Center
Detroit, MI 48243

Mr. Thomas M. Schehr
Dykema Gossett
400 Renaissance Center
Detroit, MI 48243

Re: Case No. 13-2603, *P-J Cotter v. GMAC Mortgage, LLC*
Originating Case No. : 2:12-cv-15382

Dear Mr. Cotter and Counsel,

   The briefing schedule listed below gives you the opportunity to present your issues to the court in your own words. You may follow these requirements or use the simplified briefing form which is enclosed. If you are an inmate in an institution, your brief will be considered timely if it is deposited in your institution's mail on or before the filing date indicated below. The brief should include a declaration under penalty of perjury or a notarized statement stating the date that the brief has been deposited and that first-class postage has been paid. *See* Fed. R. App. P. 25(a)(2)(C). If you are *not* an inmate, your brief is considered timely if it is received in this court by the filing date indicated below. If the brief is filed late, the case is at risk of being dismissed for want of prosecution.

   Appellant's Brief        1 signed original
                            Limit of 30 pages or 14,000 words
                            Filed by **March 12, 2014**

Citations in your brief to the lower court record must include (i) a **brief** description of the document, (ii) the record entry number and (iii) the "**Page ID** #" for the relevant pages.  Consult 6 Cir. R. 28(a)(1) for additional information.

|  |  |
|---|---|
| Appellee's Brief<br>Appendix (if required by 6 Cir. R. 30(a) and (c)(2)) | Filed electronically by **April 14, 2014** |
| Appellant's Reply Brief<br>(Optional Brief) | Filed **17** days after the appellee's brief |

For most appeals, the Court will access directly the electronic record in the district court.  However, to determine if this appeal requires an appendix and how to prepare it, read the latest version of the Sixth Circuit Rules at www.ca6.uscourts.gov, in particular Rules 28 and 30.

If you still have questions after reviewing the information on the web site, please contact the Clerk's office before you file your brief.

Sincerely yours,

s/Louise Schwarber
Case Manager
Direct Dial No. 513-564-7015

Enclosure